# M A N D A T E

**THE STATE OF TEXAS**

**TO THE PROBATE COURT NO 1 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on September 9, 2015, the cause upon appeal to revise or reverse your judgment between

Estate of Rebecca Quirin Marshall, deceased, Appellant

V.

No. 04-15-00521-CV and Tr. Ct. No. 2014-PC-3055

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the petitioner's request for permission to appeal an otherwise non-appealable order is DENIED, and this cause is remanded to the trial court. Costs of court for this petition for permissive appeal are taxed against petitioner Rebecca Genevieve Hanna, as Independent Executrix of the Estate of Rebecca Quirin Marshall, Deceased.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on November 18, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00521-CV

**Estate of Rebecca Quirin Marshall, deceased**

**v.**

(NO. 2014-PC-3055 IN PROBATE COURT NO 1 OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| STATEWIDE EFILING FEE | $20.00 | E-PAID | LISA YBARRA |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | LISA YBARRA |
| FILING | $100.00 | E-PAID | LISA YBARRA |
| INDIGENT | $25.00 | E-PAID | LISA YBARRA |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this November 18, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853